UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MOHAMMED NGUIDA**, on behalf of his minor son, **J.N.**,

v.　　　　　　　　　　　　　　　　　　　　　Case No: 5:24-cv-714-KKM-PRL

**LAKE COUNTY SCHOOL DISTRICT,** et al.,

　　Defendants.

## ORDER

This case is before the Court for consideration of *pro se* Plaintiff's motion entitled "emergency motion to shorten time for hearing on service validation." (Doc. 30). Plaintiff's "emergency motion" was filed on May 28, 2025, and requests an emergency hearing on that same date regarding Plaintiff's previously filed motion to deem service effective or for alternate service (Doc. 27), relating to the Lake County School District and Eustis Heights Elementary School.

As a basis for requesting expedited relief, Plaintiff asserts that the "Lake County School District is expected to close on May 29, 2025, foreclosing further judicial relief if service is not confirmed now." (Doc. 30 at 2). Plaintiff's motion fails to comply with Local Rule 3.01(e) in that it lacks an adequate basis warranting emergency relief. *See* M.D. Fla. Local Rule 3.01(e). Lake County School District is a large public school district located in Lake County, Florida. While information in the public domain suggests that May 29, 2025 may be the last day of student classes for the 2024-2025 school year, Plaintiff fails to explain how that circumstance would impact his ability to properly effectuate service or how it would impact the Court's consideration of any pending matters.

- 2 -

Accordingly, upon due consideration, Plaintiff's emergency motion to shorten time for hearing on service validation (Doc. 30) is **DENIED**. Plaintiff's motion to deem service effective or for alternate service (Doc. 27), which was referred to the undersigned on May 28, 2025, is taken under advisement and will be ruled upon in due course.

**DONE** and **ORDERED** in Ocala, Florida on May 30, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties