## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**MOHAMMED NGUIDA, on behalf of
his minor son, J.N.,**

**v.**                                              **Case No: 5:24-cv-714-KKM-PRL**

**LAKE COUNTY SCHOOL DISTRICT,
et al.,**

      **Defendants.**

_____

### ORDER

This case is before the Court upon periodic review. Pro se Plaintiff initiated this action by filing a complaint on December 27, 2024, followed by an amended complaint on January 6, 2025, and a second amended complaint on January 30, 2025. As previously observed by the Court, it appears that Plaintiff has not properly completed service of original process as to any defendant in this case. (Doc. 33).   Federal Rule of Civil Procedure 4(m) provides:

> Time Limit for Service. If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, on or before September 8, 2025, Plaintiff shall properly serve each defendant in this action as required by the Federal Rules of Civil Procedure and, by the same deadline, file proof of service on the docket. Plaintiff should be mindful of all requirements of the Federal Rules of Civil Procedure and the Local Rules, as well as this Court's prior Orders noting deficiencies in his prior service attempts. If Plaintiff has been unable to complete

service but is able to show good cause for the failure and requests an extension of time, Plaintiff shall file an appropriate motion on or before September 8, 2025. Failure to comply with this Order will result in the case being dismissed.

Plaintiff is expressly cautioned that, despite his apparent belief regarding the sufficiency of his service attempts by mail, this Court requires Plaintiff to fully and properly comply with all service requirements under the Federal Rules of Civil Procedure. Continued reliance on arguments already considered and rejected by this Court will not constitute good cause justifying an extension of time to complete service.

Further, Plaintiff is again cautioned that despite proceeding *pro se*, he is required to comply with this Court's Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. Plaintiff may obtain a copy of the Local Rules from the Court's website (http:w.flmd.uscourts.gov) or by visiting the Office of the Clerk of Court. Also, resources and information related to proceeding in court without a lawyer, including a handbook entitled Guide for Proceeding Without a Lawyer, can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm). Plaintiff should also consult the Middle District of Florida's Discovery Handbook for a general discussion of this District's discovery practices (see http://www.flmd.uscourts.gov/civil-discovery-handbook).

**DONE** and **ORDERED** in Ocala, Florida on July 24, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties